UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and LONDON MARKET INSURERS, subscribing to the Policy with the Unique Market Reference B1093C080906,<br><br>Plaintiffs,<br><br>v.<br><br>EUGENE HORTON, LLC, a Washington limited liability corporation; EUGENE HORTON, an individual; and OAMPS SPECIAL RISKS, LTD., a Lloyd's broker,<br><br>Defendants. | NO. 2:11-cv-02111-RSM<br><br>SECOND STIPULATED MOTION TO EXTEND DEADLINE FOR EXPERT WITNESS REPORTS AND ORDER |

The parties stipulate and respectfully request that the Court grant a short extension of the deadline for FRCP 26(a)(2) expert reports from the current due date of September 12, 2012 to September 28, 2012. Dkt. 26. The parties do not at this time seek extension of any other court deadline, and do not anticipate that granting this extension will affect any other pretrial deadlines. The parties are engaged in ongoing settlement negotiations, and granting this short continuance will facilitate these negotiations.

SECOND STIPULATED MOTION TO EXTEND DEADLINE FOR
EXPERT WITNESS REPORTS AND ORDER
(No. 2:11-cv-02111-RSM) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

DATED: September 12, 2012.

MILLS MEYERS SWARTLING
Attorneys for Those Certain Underwriters at Lloyd's of London and London Market Insurers, subscribing to the Policy with the Unique Market Reference B1093C08906

By: */s/ David W. Howenstine*
   David M. Schoeggl
   WSBA No. 13638
   dschoeggl@millsmeyers.com
   David W. Howenstine
   WSBA No. 41216
   dhowenstine@millsmeyers.com

MERRICK, HOFSTEDT & LINDSEY, P.S.
Attorneys for Defendant OAMPS Special Risk, Ltd.

By: */s/ David B. Jensen, by e-mail authority, 9-12-12*
   David B. Jensen
   WSBA No. 21284
   djensen@mhlseattle.com
   Sylvia J. Hall
   WSBA No. 38963
   shall@mhlseattle.com

LEE SMART, P.S., INC.
Attorneys for Defendant Horton

By: */s/ Deborah A. Severson, by e-mail authority, 9-12-12*
   Deborah A. Severson
   WSBA No. 35603
   dxs@leesmart.com
   Joel E. Wright
   WSBA No. 8625
   jw@leesmart.com

## **ORDER**

It is so ORDERED. The Court GRANTS the stipulated motion and EXTENDS the expert report deadline to September 28, 2012.

DATED September 18, 2012.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

SECOND STIPULATED MOTION TO EXTEND DEADLINE FOR
EXPERT WITNESS REPORTS AND ORDER
(No. 2:11-cv-02111-RSM) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343